**Order filed September 15, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00575-CV
_____

## IN THE ESTATE OF MANUELA MESA CASAS, DECEASED

**On Appeal from the Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 468899**

## O R D E R

The notice of appeal in this case was filed August 12, 2020. To date, the filing fee of $205.00 has not been paid. No evidence that appellant. Rebecca Ayala, is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **September 25, 2020.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee, the appeal will be dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.